IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LENA, ) | No. C 15-1349 JSW (PR) |
| Petitioner, ) | **ORDER OF DISMISSAL** |
| v. ) | |
| PEOPLE OF THE STATE OF CALIFORNIA, ) | (Dkt. 6, 7) |
| Respondent. ) | |

Petitioner, a California prisoner, filed this pro se petition for a writ of habeas corpus under 28 U.S.C. § 2241. Petitioner seeks records from cases filed in the state courts, as well as in a prior civil rights action filed in federal court.

Petitioner's claims are not the proper subject of a habeas action because they do not implicate the fact or duration of his confinement. *See Skinner v. Switzer*, 131 S. Ct. 1289, 1293 (2011). Moreover, 28 U.S.C. § 2241 is limited to review of the execution of a federal sentence, *see United States v. Giddings*, 740 F.2d 770, 772 (9th Cir. 1984) (presentence time credit claim), or to a state prisoner who is not held pursuant to the judgment of a State court. *See Hoyle v. Ada County*, 501 F.3d 1053, 1058 (9th Cir. 2007) (pretrial detainee); *Hayward v. Marshall*, 603 F.3d 546, 554 (9th Cir. 2010) (en banc) (listing "awaiting extradition" and pretrial detention as examples of when § 2241 applies). Petitioner is incarcerated pursuant to the judgment of a state court, and therefore if he wishes to challenge his the fact or duration of his confinement in a federal

1  habeas petition, he must do so under 28 U.S.C. § 2254, not 28 U.S.C. § 2241.
2  Accordingly, this case is DISMISSED without prejudice. Petitioner's motion to proceed
3  in forma pauperis (dkt. 7) is GRANTED, and the motion to direct prison officials to
4  process his financial records (dkt. 6) is DENIED as unnecessary.
5      Rule 11(a) of the Rules Governing Section 2254 Cases requires a district court to
6  rule on whether a Petitioner is entitled to a certificate of appealability in the same order
7  in which the petition is decided. No reasonable jurist would find this Court's denial of
8  his claim on procedural grounds debatable or wrong. *See Slack v. McDaniel*, 529 U.S.
9  473, 484 (2000). Consequently, no certificate of appealability is warranted in this case.
10      The Clerk shall close the file and enter judgment.
11      IT IS SO ORDERED.
12  DATED: June 1, 2015
13  JEFFREY S. WHITE
United States District Judge